ACCEPTED
03-15-00276-CV
5329224
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/18/2015 4:36:20 PM
JEFFREY D. KYLE
CLERK

**HꟅR**

W. RANDY HARRELL
ERIC STOEBNER
MIKE RUSSELL
JUSTIN SMITH
BRITTANY DARBY

HARRELL, STOEBNER & RUSSELL, P.C.
*Attorneys at Law*

2106 Bird Creek Drive
Temple, Texas 76502
Phone 254-771-1855
Fax 254-771-2082
www.templelawoffice.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/18/2015 4:36:20 PM
JEFFREY D. KYLE
Clerk

May 18, 2015

VIA E-FILING

Third Court of Appeals
Jeffrey Kyle, Clerk
P.O. Box 12547
Austin, Texas 78711-2547

Re: *C.P. v. State of Texas*; Appellate Case No. 03-15-00276-CV

Dear Mr. Kyle:

Enclosed is the docketing statement for the above-referenced case. I was appointed by the trial court to represent C.P. on appeal, and enclosed is the order to that effect. Because the trial court would not have appointed me had C.P. no longer been indigent, I ask that this suffice to show his indigence and ask you to waive the $195.00 filing fee. If this does not suffice, I ask that you to allow C.P. time either to pay the filing fee or submit additional proof of indigence.

Thank you, and please contact me with any questions you have.

Best,

Justin Bradford Smith

JBS/hs
Enclosure
Cc: (Greg Gilleland: greg.gilleland@co.bastrop.tx.us)

CAUSE NO. J-2790

| IN THE MATTER OF | § | IN THE COUNTY COURT |
|---|---|---|
| | § | |
| CALEB PERTOLANITZ | § | BASTROP COUNTY, TEXAS |

## ORDER APPOINTING ATTORNEY

The Court finds that appointment of an Attorney for CALEB PERTOLANITZ on his appeal is necessary.

**IT IS THEREFORE ORDERED** JUSTIN BRADFORD SMITH, a licensed attorney at law of this state, is appointed attorney for CALEB PERTOLANITZ.

**SIGNED** on MAY 8, 2015 .

_____
JUDGE PRESIDING

**SCANNED**

Filed 11:50 a m

MAY 0 8 2015

Sarah Loucks
District Clerk, Bastrop County

*Appeals Only*

# APPLICATION FOR APPOINTED ATTORNEY LIST

NAME: _Justin Bradford Smith_

State Bar No.: _24072348_

Address: _2106 Bird Creek Drive Temple, Texas 76502_

Telephone No.: _254 - 771-1855_

Facsimile No.: _254 - 771-2082_

Cell No.: _254 - 3715-6869_

Licensed in Texas for _5_ years _(in 5/2010)_ ; _Arkansas - 4 years_

Practiced in Criminal Court for _____ years

Practiced in Juvenile Court for _____ years

Practiced in the Bastrop County Court at Law for _____ years

By my signature below, I commit to attend at least 75% of the ~~Bastrop County Court at Law's general criminal and/or juvenile dockets.~~ *[= Does this apply for appeals only?*

_____          _4/15/14_
Signature                                                    Date

_Justin Bradford Smith_

Printed or Typed Name